# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

November 13, 2025

*Via ECF*
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Granted.
SO ORDERED:

11/13/2025

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

      Re: *J.T. et al. v. New York City Dep't of Educ. et al.* Docket No. 25-CV-2015 (SHS) (RWL)

Dear Judge Lehrburger:

    I represent the Plaintiffs in the above-referenced action(s) and write jointly on behalf of the parties to request a *nunc pro tunc* extension of time until November 17, 2025 to submit the proposed Case Management Plan ("CMP") in the above-referenced case which, unfortunately, was due on November 12, 2025.

    The parties apologize for the lateness of this request.

    Thank you for Your Honor's consideration of this request.

                                                    Respectfully submitted,

                                                    /s/
                                                  Elisa Hyman, Esq.

cc:    Attorneys of Record (via ECF)