> Granted. The IPTC is canceled sine die. The parties shall file a status report every 30 days.
>
> SO ORDERED:
>
> 11/18/2025
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE



**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jason Imbiano**
*Assistant Corporation Counsel*
*Phone: (212) 356-3187*
*Email: jimbiano@law.nyc.gov*

November 17, 2025

**BY ECF**
Hon. Robert W. Lehrburger
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *J.T. v. N.Y.C. Dep't of Educ. et al.*, 25-cv-2015 (SHS) (RWL)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants in the above-referenced action. I write on behalf of both parties to respectfully request a sixty-(60)-day stay on discovery, and to adjourn the conference scheduled for tomorrow, *sine die*. This matter involves claims brought pursuant to the Individuals with Disabilities Education Act ("IDEA") for student, M.W. who is one of the Plaintiffs in the case of M.W. v. New York City Dep't of Education, 17-cv-0779.

  Counsel for Defendants met and conferred with Plaintiffs' counsel, and in the interests of efficiency, and to avoid unnecessary litigation, the parties have agreed to attempt to try to settle the claims in this action as well as the related claims in M.W. If granted, the Parties will apprise the Court should we resolve this matter.

  The parties apologize for the lateness of this request. As the Court is aware, counsel was tied up in a separate emergency application on behalf of several students.

  Thank you for your consideration of this matter.

           Respectfully submitted,
           /s/ Jason Imbiano

           Jason Imbiano
           Assistant Corporation Counsel

cc:	All counsel of record (by ECF)